AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No. 21-CR-520-TNM |
| Candace Price | ) |  |
| *Defendant* | ) |  |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Candace Price  (Pro Hac Vice)                .

Date:     11/01/2021

*L. Burton Finlayson*
*Attorney's signature*

L. Burton Finlayson
*Printed name and bar number*

Office of L. Burton Finlayson, LLC
931 Ponce de Leon Ave., NE
Atlanta, GA   30306

*Address*

LBFCOURTS@aol.com
*E-mail address*

(404) 872-0560
*Telephone number*

*FAX number*