IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br>v. )<br> )   1:21 CR 00520 (TNM)<br> )<br>CANDACE PRICE )<br>_____ ) | |

### CONSENT MOTION FOR 2-WEEK EXTENSION TO VOLUNTARILY SURRENDER

COMES NOW CANDACE PRICE, by and through counsel, and moves this Honorable Court to extend her voluntary surrender date by two (2) weeks. Specifically, Ms. Price requests that she be allowed to report for service of her custodial sentence on **August 25, 2022.** In support of this request, Ms. Price shows the following:

1.

On July 1, 2022, the Court sentenced Ms. Price for the offense of wire fraud conspiracy to serve 12 months and 1 day in the custody of the Bureau of Prisons, followed by 24 months of supervised release. (Doc. 28). Prior to sentencing, Ms. Price was free on bond, she appeared as directed for all court appearances, and she complied with all conditions of pre-trial supervision as required and directed by the United States Probation Office. (PSR ¶8,9). Thus, with the consent of counsel

for the United States, the Court granted Ms. Price "voluntary surrender."

2.

On July 22, 2022, the BOP and United States Probation Office issued notice to Ms. Price that she is to report to FPC Alderson, in Alderson, West Virginia, on Thursday, August 11, 2022, no later than 2:00pm. Ms. Price and her counsel[1] are in receipt of this reporting notice.

3.

As the Court may recall, Ms. Price is a recent widow. Her husband of 38 years died from COVID-19, heart failure and diabetes complications on September 21, 2021. (PSR ¶68). Ms. Price has been the sole custodian and parental figure raising her two granddaughters who are now ages 13 and 14. (PSR ¶70). The granddaughters will begin middle school and high school in early August, 2022. Ms. Price requests that she be granted two (2) additional weeks to get her granddaughters settled into their new school routines, as well as to help them acclimate to their new living arrangements, prior to Ms. Price serving her prison sentence.

---

[1] Counsel was out of town on family vacation and unable to address this matter prior to today, July 26, 2022.

4.

Counsel for Ms. Price has contacted counsel for the Government.  The United States consents to Ms. Price's request for two (2) additional weeks to report to FPC Alderson.

WHEREBY, CANDACE PRICE requests that this Honorable Court grant her request for an extension and allow her to report to FPC Alderson on Thursday, August 25, 2022, no later than 2:00 p.m., with all other terms and conditions to remain the same.

Dated:  This 26$^h$ day of July, 2022.

           Respectfully submitted,

           *L. Burton Finlayson*
           _____
           L. BURTON FINLAYSON
           Attorney For CANDACE PRICE
           Georgia Bar Number: 261460

LAW OFFICE OF
L. BURTON FINLAYSON
ATTORNEY AT LAW
931 Ponce de Leon Avenue, NE
Atlanta, Georgia 30306
(404) 872-0560
LBFCOURTS@aol.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing motion upon counsel of record including the following:

>Michael McCarthy
>Assistant United States Attorney
>Washington, DC

by CM/ ECF delivery.

      DATED:  This 26th day of July, 2022.

                *L. Burton Finlayson*
                _____
                L. BURTON FINLAYSON
                ATTORNEY FOR CANDACE PRICE
                State Bar Number: 261460